PS 8
(12/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jose Luis Cardenas | Docket No. | 2:12CR02074-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A. Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Luis Cardenas who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, Washington, on the 24th day of September 2012, under the following conditions:

**Condition # 10**: Maintain or actively seek lawful employment.

**Additional Condition #19:** The defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer. As such, the defendant shall complete treatment indicated by an evaluation or recommended by pretrial services and shall comply with all rules of a treatment program.

**Condition #2**: The defendant shall immediately advise the Court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

**Condition #13**: The defendant shall remain in the Eastern District of Washington while the case is pending. On a showing a necessity, the defendant may obtain prior written permission to leave this area from the United State Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Jose Luis Cardenas is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to maintain lawful employment.

**Violation #2:** Jose Luis Cardenas is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to attend treatment as directed on January 4, 2013.

**Violations #3:** Jose Luis Cardenas is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by changing addresses without advanced notification on or about January 14, 2013.

**Violation #4:** Jose Luis Cardenas is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by leaving the Eastern District of Washington without prior permission on or about January 15, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*James P. Hutton*
Signature of Judicial Officer

1/17/13
Date