# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Luis Cardenas          Case Number: 0980 2:12CR02074-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: June 17, 2013

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B) | |
| Original Sentence: | Prison - 42 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: May 15, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 14, 2019 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on October 12, 2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Cardenas is in violation of mandatory condition number 2 by having been arrested and charged with violation of a no contact/protection order on October 16, 2017, Yakima Municipal Court case number 7Z0458338.<br><br>On July 2, 2015, supervised release conditions were reviewed and signed by Mr. Cardenas acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another federal, state, or local offense. According to the Yakima Police Department Narrative report, on October 16, 2017, a police officer was dispatched to 2704 Jerome Avenue, Yakima, Washington, on a possible violation of a no contact order. Mr. Cardenas was found at the above-noted residence with his wife. Mr. Cardenas has an active no contact order with his wife being the protected person. Mr. Cardenas was arrested and booked int the Yakima City Jail. On October 17, 2017, Mr. Cardenas was released on conditions in lieu of $2,500 bail. His next hearing is set for November 1, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 23, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

20/23/2017

Date