PROB 12C
(6/16)

Report Date: October 12, 2017

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Luis Cardenas  Case Number: 0980 2:12CR02074-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: June 17, 2013

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B) | |
| Original Sentence: | Prison - 42 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: May 15, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 14, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Cardenas is in violation of mandatory condition number 2 by having been arrested and charged with third degree malicious mischief on October 9, 2017, Yakima Municipal Court cause number 7Z093749.<br><br>On July 2, 2015, supervised release conditions were reviewed and signed by Mr. Cardenas acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another offense. According to the Yakima Police Department Narrative report, on October 9, 2017, police were dispatched to Mr. Cardenas' residence to a report of a domestic. The responding officer met with Mr. Cardenas' wife who reported that she and her husband got in a verbal argument about money. According to the report, Mr. Cardenas made threats he was going to take the children away from his wife. The defendant's wife worried about the children being taken away so she called the police. Mr. Cardenas then picked up the television remote and threw it against the television. The remote broke apart and the television only displayed lines when turned on. The officer also |

Case 2:12-cr-02074-SAB ECF No. 101 filed 10/13/17 PageID.326 Page 2 of 2
Case 2:12-cr-02074-SAB ECF No. 85-1 NOT ON PUBLIC DOCKET filed 10/13/17
PageID.299 Page 2 of 2

Prob12C
**Re: Cardenas, Jose Luis**
**October 12, 2017**
**Page 2**

noticed there was a plant in a vase that had been knocked over. When the officer questioned how that occurred, Mr. Cardenas' oldest daughter reported her father knocked it over when he threw a pillow.

Mr. Cardenas was advised he was being arrested for third degree malicious mischief domestic violence. A no contact order was placed with Mr. Cardenas' wife as the protected person. Mr. Cardenas was subsequently booked into the Yakima City Jail. He then posted bail on October 10, 2017. His next hearing regarding this charge is set for November 1, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 12, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[xx] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/13/2017

Date