# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Luis Cardenas        Case Number: 0980 2:12CR02074-SAB-1

Address of Offender: ███████████████  Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 17, 2013

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - 42 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Jeffrey S. Dahlberg |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 15, 2015

Date Supervision Expires: May 14, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 22**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Cardenas is alleged to have consumed cocaine on or about December 27, 2018.<br><br>On July 2, 2015, supervised release conditions were reviewed and signed by Mr. Cardenas acknowledging his understanding of special condition number 22, which states he must abstain from the use of illegal controlled substances. |

On January 9, 2019, this officer received a call from Mr. Cardenas and he stated to have reported to Merit Resource services the previous day for urinalysis (UA) testing. He stated the test results were presumptive positive for cocaine use. He denied consuming any drugs recently. He then went on to state he wanted to be honest with this officer and reported to have consumed cocaine on December 27, 2018.

On January 11, 2019, the UA test results from a specimen collected on January 8, 2019, were negative for drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/17/2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
01/17/2019

Date